■ Katarzyna Joanna Krause-Edelman, Respondent, v Lee Moss Edelman, Appellant. [28 NYS3d 876]—

Judgment, Supreme Court, New York County (Deborah A. Kaplan, J.), entered July 21, 2015, in favor of plaintiff wife, and bringing up for review an order, same court and Justice, entered November 3, 2014, which, inter alia, granted the wife's motion to enforce the terms of the parties' transcribed settlement stipulation and to estop defendant husband from altering the terms of the settlement agreement, unanimously affirmed, without costs. Appeal from aforesaid order, unanimously dismissed, without costs, as subsumed in the appeal from the judgment. Appeals from orders, same court and Justice, entered

June 9, 2015 and June 10, 2015, unanimously dismissed, without costs.

Under the circumstances presented, the court properly enforced the agreement. There was significant partial performance by the husband, and the wife took no further steps to enforce her rights following the settlement (*see World Color v Collectors' Guild*, 181 AD2d 430 [1st Dept 1992], *lv dismissed* 80 NY2d 924 [1992]; *Conlon v Concord Pools*, 170 AD2d 754 [3d Dept 1991]). Concur—Tom, J.P., Mazzarelli, Friedman, Richter and Kahn, JJ.